

# Fourth Court of Appeals

## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00752-CV

Lance **WINDHAM**,
Appellant

v.

**TRIANON PROPERTIES LLC**,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 386604
Honorable Jason Pulliam, Judge Presiding

PER CURIAM

Sitting:       Karen Angelini, Justice
               Sandee Bryan Marion, Justice
               Marialyn Barnard, Justice

Delivered and Filed:  March 5, 2014

DISMISSED

Appellant's brief was due on November 27, 2013. Neither the brief nor a motion for extension of time has been filed. On January 15, 2014, we ordered appellant to file within ten days his appellant's brief and a written response reasonably explaining (1) his failure to timely file the brief and (2) why appellee was not significantly injured by his failure to timely file a brief. We explained that if appellant failed to file a brief and the written response by the date ordered, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R.

APP. P. 42.3(c) (allowing involuntary dismissal if appellant has failed to comply with a court order). Appellant has not responded to our order. We therefore dismiss this appeal.

PER CURIAM